IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. BROWN    :    CIVIL ACTION
:
VS.                 :    NO.  02-4635
:
:

CSX TRANSPORTATION, INC.

### ORDER

AND NOW, this 23rd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable Jay C. Waldman.

FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


_____ MICHAEL E. KUNZ
Clerk of Court