```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. BROWN              :     CIVIL ACTION
                              :
     v.                       :
                              :
CSX TRANSPORTATION, INC.      :     NO. 02-4635
```

### O R D E R

**AND NOW**, this        day of August, 2002, upon consideration of the parties' Stipulation to Transfer Action filed on August 6, 2002, as it appears that the requested transfer to the Middle District of Florida, where plaintiff and the prospective witnesses reside and where the event giving rise to this action occurred, would significantly convenience the parties and witnesses and would be in the interest of justice, pursuant to 28 U.S.C. § 1404(a), **IT IS HEREBY ORDERED** that the above action is **TRANSFERRED** to the United States District Court for the Middle District of Florida at Jacksonville.

                              **BY THE COURT:**

                              _____
                              **JAY C. WALDMAN, J.**